ALICE FRONTENAC, Appellant and Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant, and BEACON CHEMICAL CORP., Respondent.

Argued April 15, 1948; decided May 20, 1948.

*Lester Samuels, Murray C. Spett* and *Abraham Shapiro* for defendant and appellant.

*Harold M. Harkavy* and *Frederick M. Garfield* for defendant and respondent.

*Abraham N. Levy* and *Milton L. Sloane* for appellant and respondent.

Judgment affirmed, with costs to the plaintiff against the Great Atlantic & Pacific Tea Company, and with one bill of costs to the defendant-respondent Beacon Chemical Corporation against plaintiff and the Great Atlantic & Pacific Tea Company. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.